IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHARLES VINCENT RICE,            )
                                 )
     Plaintiff,                  )
                                 )
v.                               )     CASE NO. CV415-257
                                 )
J.S. PENROD, in his individual   )
capacity; DANIEL W. MASSEY, Clerk)
of Superior Court, in his        )
individual capacity; KAISHAWN    )
SAMUELL, Savannah Metro Police   )
Department, in his individual    )
capacity; NANCY G. SMITH, A.D.A.,)
in her individual capacity;      )
SHERIFF AL ST. LAWRENCE, in his  )
individual capacity; JUDGE PENNY )
H. FREEMAN, in her individual    )
capacity; ROBERT W. ATTRIDGE,    )
JR., in his individual capacity; )
and DISTRICT ATTORNEY MEGAN HEAP,)
in her individual capacity;      )
                                 )
     Defendants.                 )

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 15), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of September 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA